UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TO HA QUAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 01-cv-00435-PJH

**ORDER DENYING SUBSTITUTION OF ATTORNEY**

Re: Dkt. No. 37

On June 29, 2021, plaintiff filed for the court's approval a proposed consent order for substitution of attorney. Because judgment was entered and the case was dismissed with prejudice pursuant to stipulation of the parties in 2002, and because plaintiff has provided no explanation whatsoever for the motion to substitute counsel in this long-closed case, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 30, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge