STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6570
    Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TO HA QUAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and Counterclaimant.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff and Counterclaimant,<br><br>  v.<br><br>TO HA QUAN,<br><br>    Counterclaim Defendant. | CASE NO. C-01-0435-PJH<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT LIEN** |

Judgment creditor United States of America applies for the renewal of the judgment lien supporting the judgment rendered in this case on October 16, 2002 (Dkt. No. 34), pursuant to 28 U.S.C. § 3201(c) for an additional period of 20 years, and states as follows:

| | | |
|---|---|---|
| **Applicant:** | | United States Attorney's Office<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102 |
| **Judgment Debtor:** | | To Ha Quan |
| **Original Judgment:** | | Case No. USDC ND CALIFORNIA; C-01-0435-PJH<br>Entered on October 16, 2002<br>Abstract of Judgment recorded on<br>March 17, 2003, as DOC-2003-H383525-00 in<br>San Francisco County, San Francisco, California |

The original judgment is $198,497.66 with interest on the unpaid balance to accrue from the date of the judgment at the legal rate of 7.0% computed daily and compounded annually, together with costs on the unpaid balance, until the judgment is satisfied.

The full amount of the judgment has not been paid by the judgment debtor.

This application is supported by Declaration of Diana Huang, Paralegal Specialist.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: September 14, 2022            By:    /s/ Shining J. Hsu
                                            SHINING J. HSU
                                            Assistant United States Attorney

APPLICATION FOR RENEWAL OF JUDGMENT LIEN
C-01-0435-PJH                                              2